1
2
3
4
5
6
7

WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Christopher L. Benner, Esq.
Nevada Bar No. 008963
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7965; Fax: (702) 946-1345
cbenner@wrightlegal.net
*Attorneys for Defendant,*
*Cal-Western Reconveyance Corporation*

8
9
10
11

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

12

JAMIE FREY, an individual,

Case No.: 2:11-cv-01673-RCJ-RJJ

13

Plaintiff,

14

vs.

15

16
17
18
19
20

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.; AURORA
LOAN SERVICES, LLC; CAL-WESTERN
RECONVEYANCE CORPORATION; DOES I
through X and ROE CORPORATIONS I
through X,

Defendants.

**DEFENDANT, CAL-WESTERN
RECONVEYANCE CORPORATION'S,
NOTICE OF DISASSOCIATION OF
ATTORNEY DONNA M. OSBORN**

21
22
23
24
25
26
27
28

The Defendant, Cal-Western Reconveyance Corporation ("CWRC"), by and through its

attorneys of record at the law firm Wright, Finlay & Zak, LLP, hereby presents this Notice of

Disassociation of Counsel. Donna M. Osborn, Esq., is no longer an attorney associated with

Wright, Finlay & Zak, LLP.

///

///

1    Defendant requests that Robin Prema Wright, Esq., and Christopher L. Benner, Esq.,

2  receive all future Notices, and that Donna M. Osborn no longer receives Notices in this matter.

3

4  DATED this __2__ day of ~~July~~ *AUGUST*, 2012.

5                                                    WRIGHT, FINLAY & ZAK, LLP

6

7  IT IS SO ORDERED.                   *Christopher L Benner*

8                                                    Robin Prema Wright, Esq.
                                                     Nevada Bar No. 009296
9     *Robert Johnston*                  Christopher L. Benner, Esq.
                                                     Nevada Bar No. 008963
10  U.S. MAGISTRATE JUDGE          5532 South Fort Apache Road, Suite 110
    DATE: AUG. 7, 2012                  Las Vegas, NV 89148
11                                                   *Attorney for Defendant,*
                                                     *Cal-Western Reconveyance Corporation*
12

13

14

15                              **CERTIFICATE OF SERVICE**

16          I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that I

17  electronically served the foregoing **DEFENDANT, CAL-WESTERN RECONVEYANCE**

18  **CORPORATION'S, NOTICE OF DISASSOCIATION OF ATTORNEY DONNA M.**

19  **OSBORN** to all parties and counsel as identified on the Court-generated Notice of Electronic

20  Filing.

21          *Christopher L Benner*

22          An Employee of WRIGHT, FINLAY & ZAK, LLP

23

24

25

26

27

28