WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Christopher L. Benner, Esq.
Nevada Bar No. 008963
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7965; Fax: (702) 946-1345
cbenner@wrightlegal.net
*Attorneys for Defendant,*
*Cal-Western Reconveyance Corporation*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE FREY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AURORA LOAN SERVICES, LLC; CAL-WESTERN RECONVEYANCE CORPORATION; DOES I through X and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No.: 2:11-cv-01673-RCJ-RJJ<br><br>**DEFENDANT, CAL-WESTERN RECONVEYANCE CORPORATION'S, NOTICE OF DISASSOCIATION OF ATTORNEY DONNA M. OSBORN** |

The Defendant, Cal-Western Reconveyance Corporation ("CWRC"), by and through its attorneys of record at the law firm Wright, Finlay & Zak, LLP, hereby presents this Notice of Disassociation of Counsel. Donna M. Osborn, Esq., is no longer an attorney associated with Wright, Finlay & Zak, LLP.

///

///

1  Defendant requests that Robin Prema Wright, Esq., and Christopher L. Benner, Esq.,
2  receive all future Notices, and that Donna M. Osborn no longer receives Notices in this matter.

4  DATED this 2 day of ~~July~~ AUGUST, 2012.

WRIGHT, FINLAY & ZAK, LLP

IT IS SO ORDERED.

*/s/ Christopher L. Benner*

*/s/ Robert J. Johnston*
U.S. MAGISTRATE JUDGE
DATE: AUG. 7, 2012

Robin Prema Wright, Esq.
Nevada Bar No. 009296
Christopher L. Benner, Esq.
Nevada Bar No. 008963
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorney for Defendant,*
*Cal-Western Reconveyance Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that I electronically served the foregoing **DEFENDANT, CAL-WESTERN RECONVEYANCE CORPORATION'S, NOTICE OF DISASSOCIATION OF ATTORNEY DONNA M. OSBORN** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

*/s/ Christopher L. Benner*
An Employee of WRIGHT, FINLAY & ZAK, LLP