# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

JAMIE FREY,

Plaintiff,

V.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-cv-01673-RCJ-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that the action is DISMISSED without prejudice.

| | |
|---|---|
| March 26, 2014 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Michael Zadina |
| | (By) Deputy Clerk |